**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 519 |
| | : | |
| REAPPOINTMENT TO CRIMINAL | : | CRIMINAL PROCEDURAL RULES |
| PROCEDURAL RULES COMMITTEE | : | DOCKET |
| | : | |

## **ORDER**

**PER CURIAM**

   **AND NOW**, this 4th day of May, 2020, T. Matthew Dugan, III, Esquire, Allegheny County, is hereby reappointed as a member of the Criminal Procedural Rules Committee for a term of three years, commencing June 1, 2020.